UNITY COMMUNICATIONS
CORPORATION, Plaintiff–
Appellee,

v.

BELLSOUTH CELLULAR, etc.;
et al., Defendants,

Cingular Wireless, Defendant–
Appellant.

No. 04–61132.

United States Court of Appeals,
Fifth Circuit.

March 1, 2006.

Walter Whitaker Rayner, Watkins, Ludlam, Winter & Stennis, Jackson, MS, Richard T. Tomar, Karp, Frosh, Lapidus, Rockville, MD, for Plaintiff–Appellee.

Robert McKinley Frey, John C. Henegan, Sr., Michelle Lynn McKenzie, Erin Patten Lane, Butler, Snow, O'Mara, Stevens & Cannada, Jackson, MS, Wilson M. Brown, III, Drinker, Biddle & Reath, Philadelphia, PA, for Defendant–Appellant.

Before JOLLY, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

In this appeal, in which the primary issue relates to contract interpretation, we have studied the briefs, the relevant parts of the record, the cases to which we have been referred, particularly the Georgia cases, and have heard the well-presented arguments of counsel. We are unable to say that the district court erred in its

denial of the motion for summary judgment and in permitting this case to go forward. Accordingly, the case is REMANDED for further proceedings.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.